IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MUSTAFA-EL K.A. AJALA,
formerly known as DENNIS E. JONES-EL,

    Plaintiff,                                       Case No. 16-cv-639-bbc

    v.

UW HOSPITAL AND CLINICS,
SUTCHIN PATEL, BURTON COX,
SRIHARAN SIVALINGAM and
WI HEALTH CARE LIABILITY PLAN,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 11/6/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |