UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

Mustafa-El K.A. Ajala,
    Plaintiff,

V.

Case No. 16-CV-639-bbc

U.W. Hospital and Clinics, et al.,
    Defendants.

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that the Plaintiff, Mustafa-El K.A. Ajala, currently proceeding pro se, hereby appeals to the Seventh Circuit Court of Appeals from the final judgment of the United States District Court, Western District of Wisconsin, entered on 11-6-19, Judge Barbara B. Crabb, presiding

Date: 12-5-19

Signed: _____
Mustafa-El K.A. Ajala, #1951580
[f.k.a. Dennis E. Jones-El]
Augusta Correctional Center
1821 Estaline Valley Rd.
Craigsville, VA. 24430